IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| GARY COFFMAN and PATRICIA COFFMAN § § § Plaintiffs, § v. § ALVIN COMMUNITY COLLEGE § § Defendant. § | CIVIL ACTION NO. G-11-361 |

### FINAL JUDGMENT

On even date herewith, this Court in a Opinion and Order granted the Motion for Summary Judgment of Defendant Alvin Community College.

It is, therefore, **ORDERED** and **ADJUDGED** that Plaintiffs, Gary Coffman and Patricia Coffman, **RECOVER** nothing, that the action is **DISMISSED WITH PREJUDICE** on the merits, and that each party bear their own costs.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Galveston, Texas, this ___7th___ day of April, 2015.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE